UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,　　　　　　　　　　　　　CR 06-315-09 DSD/FLN

    Plaintiff,

  v.　　　　　　　　　　　　　　　　　　　　　　O R D E R

Jesus Alfredo Lara,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 4, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress evidence obtained as a result of search and seizure [#321] and Defendant's motion to suppress statements, admissions and answers [#322] are DENIED.

DATED: October 24, 2007.　　　　　s/David S. Doty
at Minneapolis, Minnesota　　　　　JUDGE DAVID S. DOTY
　　　　　　　　　　　　　　　　　　United States District Court